IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
MAY 10 2019
CLERK U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

LAKENDRA D. JACKSON

Case No. 2:19mj264
Court Date: July 23, 2019

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)- Violation Notice No. 7500576

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 2, 2019, at Naval Support Activity Hampton Roads, Norfolk, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, LAKENDRA D. JACKSON, did, with fraudulent intent, knowingly and unlawfully, alter a license plate or decal issued by the Department of Motor Vehicle or by another state; or who, with fraudulent intent, and as the owner of a motor vehicle, operated said motor vehicle while it displayed an altered or forged license plate or decal.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-722.)

### COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 2, 2019, at Naval Support Activity Hampton Roads, Norfolk, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, LAKENDRA D. JACKSON, did willfully and

unlawfully, display, cause and permit to be displayed a license plate or decal which license plate or decal she knew was fictitious or altered.

(In violation of Title 18, United States Code, Section 13, assimilating Code of Virginia Section 46.2-613(2)).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ James T. Cole
James T. Cole
Special Assistant U. S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

9 May 2019
Date